**FORM 8.  Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se        \_\_\_\_\_As counsel for:    _____
                                               Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee      \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant       \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name:                _____
Law firm:            _____
Address:             _____
City, State and ZIP: _____
Telephone:           _____
Fax #:               _____
E-mail address:      _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes    \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

\_\_1/20/2015\_\_                    \_\_\_/s/ Mark C. Scarsi_____
Date                              Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

On January 20, 2015, I caused the foregoing document to be filed and served through the Court's ECF/CM system on all counsel of who have entered an appearance in this case.

Dated: January 20, 2015

      /s/ Mark C. Scarsi
Mark C. Scarsi
mscarsi@milbank.com
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone:  (213) 892-4000
Facsimile:  (213) 629-5063

*Counsel for Appellee Apple Inc.*