NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WI-LAN USA, INC., WI-LAN, INC.,**
*Plaintiffs-Appellants*

v.

**APPLE INC.,**
*Defendant-Appellee*

---

2015-1256

---

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-00798-DMS-BLM, Judge Dana M. Sabraw.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move for an extension of time, until May 27, 2015, for Apple Inc. to file its principal brief, and for an extension of time, until July 15, 2015, for Wi-LAN USA, Inc. and Wi-LAN, Inc. to file their reply brief.

2                          WI-LAN USA, INC. v. APPLE INC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

                                      /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court

s27